The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>*Plaintiffs*, and<br><br>STATE OF WASHINGTON,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 2:17-cv-01297-MJP<br><br>**JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-MJP FOR ALL PURPOSES**<br><br>NOTE ON MOTION CALENDAR:<br>August 16, 2019 |

JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-RSM FOR ALL PURPOSES
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Plaintiffs Ryan Karnoski, Cathrine Schmid, D.L., formerly known as K.G., by his next friend and mother, Laura Garza, Lindsey Muller, Terece Lewis, Phillip Stephens, Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partner Association n/k/a Modern Military Association of America (collectively, "Plaintiffs"); Plaintiff-Intervenor State of Washington; Defendants Donald J. Trump, the United States of America, Mark Esper, and the United States Department of Defense (collectively, "Defendants"), and third party Dr. Paul McHugh hereby stipulate and move the Court as follows:

WHEREAS, Plaintiffs filed their Complaint against Defendants on August 28, 2017 in this Court. (Dkt. # 1);

WHEREAS, on November 27, 2017 this Court granted Plaintiff-Intervenor's request to join the matter (Dkt. # 101), and on December 14, 2017 Plaintiff-Intervenor filed their Complaint in this matter. (Dkt. # 104);

WHEREAS, on August 22, 2018 Plaintiffs served a subpoena on Dr. Paul McHugh (the "Subpoena");

WHEREAS on October 3, 2018 Plaintiffs filed a motion to compel with respect to the Subpoena in the United States District Court for the District of Maryland, Case No.: 1:18-CV-3164 (the "Subpoena Dispute") (1:18-CV-3164; Dkt. # 1);

WHEREAS, on July 31, 2019 the Parties in the Subpoena Dispute matter consented to transfer to this Court pursuant to Fed. R. Civ. P. 45(f) (1:18-CV-3164; Dkt. No. 21);

WHEREAS, on August 1, 2019 the Clerk of Court notified counsel that the Subpoena Dispute had been transferred to this Court and was assigned to the Honorable Ricardo S. Martinez, Case No.: 2:19-cv-01206-RSM. (19-CV-1206; Dkt. # 24);

WHEREAS, on August 2, 2019, the Subpoena Dispute was reassigned to the Honorable Marsha J. Pechman, as related to 17-CV-1297;

WHEREAS, on August 9, 2019, the Parties to the Subpoena Dispute, in accordance with LCR 42(b), met and agreed to consolidate matters 17-CV-1297 and 19-CV-1206, and further agreed that no changes to the current Case Schedule (Dkt. # 344) be revised;

JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-RSM FOR ALL PURPOSES - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

WHEREAS, Plaintiff-Intervenor is not a party to the Subpoena Dispute, but does not object to its consolidation with this matter;

NOW THEREFORE, pursuant to Fed R. Civ. P. 42(a) and LCR 42, Plaintiffs, Plaintiff-Intervenor, and Defendants, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court enter an order that *Karnoski, et al. v. Trump, et al.*, Case No. 2:19-cv-01206-MJP be consolidated with *Karnoski, et al. v. Trump, et al.*, Case No. 2:17-cv-01297-MJP for all purposes pursuant to LCR 42(a).

SO STIPULATED

Respectfully submitted August 28, 2019.

**NEWMAN DU WORS LLP**

s/ Rachel Horvitz

Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
jason@newmanlaw.com
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**UNITED STATES DEPARTMENT OF JUSTICE**

s/ Andrew E. Carmichael

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL, VA Bar # 76578
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
*andrew.e.carmichael@usdoj.gov*
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

Counsel for Defendants

JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-RSM FOR ALL PURPOSES - 2
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Joseph B. Tyson (admitted pro hac vice)

Counsel for Plaintiffs

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

s/ Chalia I. Stallings-Ala'ilima

Chalia I. Stallings-Ala'ilima, WSBA No. 40694
*chalias@atg.wa.gov*
Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the WA Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Counsel for Intervenor-Plaintiff State of Washington

s/ Gerard Bradley

Gerard Bradley
*Gerard.V.Bradley.16@nd.edu*
Professor of Law
University of Notre Dame
3156 Eck Hall of Law
Notre Dame, IN 46556 USA

Counsel for Dr. Paul McHugh

JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-RSM FOR ALL PURPOSES - 3
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

## ORDER

This matter comes before the Court on the Parties' Joint Stipulation to Consolidate Cases 2:17-cv-01297-MJP and 2:19-cv-01206-MJP For All Purposes, and the Court having considered the Stipulation and the records and files of the case, the Court does hereby find good cause to order that the two above-captioned matters will be consolidated for all purposes before the Honorable Marsha J. Pechman, with a trial date of June 22, 2020. All future filings must be submitted in the lead case, 2:17-cv-01297-MJP.

IT IS SO ORDERED.

Dated this 28th day of August, 2019.

Marsha J. Pechman
United States District Judge

PRESENTED BY:

**NEWMAN DU WORS LLP**

s/ Rachel Horvitz
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
jason@newmanlaw.com
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759

**UNITED STATES DEPARTMENT OF JUSTICE**

s/ Andrew E. Carmichael
JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL, VA Bar # 76578
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-RSM FOR ALL PURPOSES - 4
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Joseph B. Tyson (admitted pro hac vice)

Counsel for Plaintiffs

s/ Gerard Bradley
Gerard Bradley
*Gerard.V.Bradley.16@nd.edu*
Professor of Law
University of Notre Dame
3156 Eck Hall of Law
Notre Dame, IN 46556 USA

Counsel for Dr. Paul McHugh

*andrew.e.carmichael@usdoj.gov*
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

Counsel for Defendants

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

s/ Chalia I. Stallings-Ala'ilima
Chalia I. Stallings-Ala'ilima, WSBA No. 40694
*chalias@atg.wa.gov*
Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the WA Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Counsel for Intervenor-Plaintiff State of Washington

JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-RSM FOR ALL PURPOSES - 5
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on August 28, 2019.

s/ Rachel Horvitz
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

JOINT STIPULATION TO CONSOLIDATE CASES 2:17-cv-01297-MJP AND 2:19-cv-01206-RSM FOR ALL PURPOSES - 6
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800